**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6230**

―――――――――

JASON SOTIRIS KARAVIAS, II,

Plaintiff - Appellant,

versus

PATRICK GURNEY, Assistant Warden; HENRY
PONTON; BARBARA WHEELER; ROBERT B. BOND;
EDWARD FOLEY; DOCTOR ROOTAFINSKI; CECIL TERRY,
Lieutenant; DAVID LASUAR, Sargeant; DOCTOR
BARTOC; O. F. SALINAS, Doctor; CHARLES W.
MEYER, III, a/k/a Doctor Charles S. Myers,
PH.D.; D. D. FRANKLIN, Correctional Officer;
OFFICER WOMACK,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-97-193-R)

―――――――――

Submitted: July 22, 1998          Decided: August 6, 1998

―――――――――

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jason Sotiris Karavias, II, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason Sotiris Karavias appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Karavias v. Gurney, No. CA-97-193-R (W.D. Va. Jan. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2